1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES CASTON,

      Plaintiff,

v.

U.S. NAVY DISCHARGE REVIEW BOARD, et al.,

      Defendants.

2:07-CV-534 JCM (RJJ)

Date:    N/A
Time:    N/A

**ORDER**

    Presently before the court is the report and recommendation of United States Magistrate Judge Robert J. Johnston (Doc. # 3), filed on January 4, 2008.

    Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

    On May 4, 2007, the court entered an order (Doc. # 2) denying plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 1). The court further ordered plaintiff to pay the filing fee of $350 in full and file an amended complaint before June 11, 2007. To date, plaintiff has not paid the filing fee or filed an amended complaint.

    Upon review of the magistrate judge's findings and recommendation (Doc. # 45) and there being no objections filed,

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge
2  Johnston's report and recommendation (Doc. # 3) is AFFIRMED in its entirety.  The instant action
3  is hereby DISMISSED.
4  DATED this 21st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**